UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RUSSELL D. COPELAND,

                         Plaintiff,                                      **NOTICE OF APPEARANCE**

- against -

                                                                                      07 CIV 8044

THE VERTICAL ATMOSPHERE INC. and
TAYFUN HEKIUM

                         Defendant.
------------------------------------------------------------------X

Please enter my appearance as counsel for RUSSELL D. COEPLAND, Plaintiff, in the above-referenced caption. I certify that I am one of the attorneys of record in this matter and that I am admitted to practice before this court. My email address is NFrank@Laborlaws.com

                                                           Respectfully submitted,

Dated: Farmingdale, New York
        September 24, 2007

                                                   **FRANK & ASSOCIATES, P.C.**
                                                   *Attorneys for Plaintiff*

                                   By: _____
                                        Neil M. Frank, Esq. (NF-0521)
                                        500 Bi-County Blvd., Suite 112N
                                        Farmingdale, New York 11735
                                        Tel:   (631) 756-0400
                                        Fax:  (631) 756-0547
                                        Email:  nfrank@laborlaws.com

To:    Anthony Xanthakis Esq. (*via* ECF)