UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RUSSELL D. COPELAND,

                       **Plaintiff,**

- against -

THE VERTICAL ATMOSPHERE INC. and
TAYFUN HEKIUM

                       **Defendant.**
-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

07 CIV 8044

**STATE OF NEW YORK** )
                             ) ss.:
**COUNTY OF SUFFOLK** )

      I, **Dale Sheri Skir being** duly sworn depose and says:

1. I am over 18 years of age and not a party to this action and reside in South Huntington, New York.
2. On October 19, 2007, I served a copy of the Plaintiff's Amended Complaint

upon receiving consent from counsel to serve the pleading in this manner:

By first-class mail at the address listed above, same being the address designated by the parties for that purpose, by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper in a depository under the exclusive care and custody of the U.S. Postal Service with the State of New York.

                                                _____
                                                    Dale Sheri Skir

Sworn to before me
19th day of October 2007

_____
NOTARY PUBLIC

                                  JENNIFER L. MAZZO (DeVenuti)
                               Notary Public, State of New York
                                     No. 01MA6135554
                                  Qualified in Nassau County
                       My Commission Expires October 24, 2009