UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RUSSELL D. COPELAND,

                         Plaintiff,

- against -

THE VERTICAL ATMOSPHERE INC. and
TAYFUN HEKIUM

                         Defendant.
-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

07 CIV 8044

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF SUFFOLK  )

I, **Dale Sheri Skir being** duly sworn depose and says:

1. I am over 18 years of age and not a party to this action and reside in South Huntington, New York.
2. On October 19, 2007, I served a copy of the Plaintiff's Amended Complaint

upon receiving consent from counsel to serve the pleading in this manner:

By first-class mail at the address listed above, same being the address designated by the parties for that purpose, by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper in a depository under the exclusive care and custody of the U.S. Postal Service with the State of New York.

                                                        Dale Sheri Skir

Sworn to before me
19th day of October 2007

*Jennifer L. Mazzo (DeVenuti)*
NOTARY PUBLIC

                          JENNIFER L. MAZZO (DeVenuti)
                         Notary Public, State of New York
                             No. 01MA6135554
                          Qualified in Nassau County
                    My Commission Expires October 24, 2009