UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RUSSELL D. COPELAND,                          ***FILED ELECTRONICALLY***
                                              07 CIV 8044
                    Plaintiff,                **ANSWER**

        -against-

THE VERTICAL ATMOSPHERE INC., and
TAYFUN HEKIUM,

                    Defendants
------------------------------------X

    Defendants, THE VERTICAL ATMOSPHERE INC., and TAYFUN HEKIUM, by their attorneys, GALVANO & XANTHAKIS, P.C. answering the amended complaint of the plaintiff, respectfully states and alleges as follows:

    1.   Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in the paragraph of the complaint numbered "1."

    2.   Defendants deny each and every allegation contained in the paragraph of the complaint numbered "2."

## JURISDICTION AND VENUE

    3.   Defendants admit each and every allegation contained in the paragraphs of the complaint numbered "3."

    4.   Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in the paragraph of the complaint numbered "4."

**PARTIES**

5.   Defendants deny each and every allegation contained in the paragraph of the complaint numbered "5," and "9," and leave all questions of law to court.

6.   Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in the paragraph of the complaint numbered "6," and "8," and leave all question of law to the Court.

**STATEMENT OF FACTS**

7.   Defendants repeat, reiterate and reallege each and every answer contained in the above paragraphs numbered "10," with the same force and effect as if more fully set forth herein.

8.   Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in the paragraph of the complaint numbered "11," "12," "13," and "14."

9.   Defendants admit each and every allegation contained in the paragraphs of the complaint numbered "7," "20."

10.  Defendants deny each and every allegation contained in the paragraphs of the complaint numbered "15," "16," "17," "18," "19," "21," "23," and "24."

11.  Defendants admit each and every allegation contained in the paragraphs of the complaint numbered "22," only to extent plaintiff was terminated.

**FIRST CLAIM FOR RELIEF**

12. Defendants repeat, reiterate and reallege each and every answer contained in the above paragraphs numbered "25," with the same force and effect as if more fully set forth herein.

13. Defendants deny each and every allegation contained in the paragraphs of the complaint numbered "26," "27," "28," and "29."

**SECONDCLAIM FOR RELIEF (NYCHRL-Race/Color Discrimination)**

14. Defendants repeat, reiterate and reallege each and every answer contained in the above paragraphs numbered "30," with the same force and effect as if more fully set forth herein.

15. Defendants deny each and every allegation contained in the paragraphs of the complaint numbered "31," "32," "33," and "34."

**THIRD CLAIM FOR RELIEF**

16. Defendants repeat, reiterate and reallege each and every answer contained in the above paragraphs numbered "35," with the same force and effect as if more fully set forth herein.

17. Defendants deny each and every allegation contained in the paragraphs of the complaint numbered "36," "37," and "38."

**FOURTH CLAIM FOR RELIEF**

18. Defendants repeat, reiterate and reallege each and every answer contained in the above paragraphs numbered "39," with the same force and effect as if more fully set forth herein.

19. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in the paragraphs of the complaint numbered "40."

20. Defendants deny each and every allegation contained in the paragraphs of the complaint numbered "41," "42," "43," "44," and "45."

**FIFTH CLAIM FOR RELIEF**

21. Defendants repeat, reiterate and reallege each and every answer contained in the above paragraphs numbered "46," with the same force and effect as if more fully set forth herein.

22. Defendants deny each and every allegation contained in the paragraphs of the complaint numbered "47," "48," "49," and "50."

**SIXTH CLAIM FOR RELIEF (Failure to pay wages-New York Labor Law)**

23. Defendants repeat, reiterate and reallege each and every answer contained in the above paragraphs numbered "51," with the same force and effect as if more fully set forth herein.

24. Defendants deny each and every allegation contained in the paragraphs of the complaint numbered "52," "53," "54."

### SEVENTH CLAIM FOR RELIEF (Retaliation under NYSHRL AND NYCHRL)

25. Defendants repeat, reiterate and reallege each and every answer contained in the above paragraphs numbered "55," with the same force and effect as if more fully set forth herein.

26. Defendants deny each and every allegation contained in the paragraphs of the complaint numbered "56," "57," "58," "59," "60," and "61."

### DEMAND FOR JURY TRIAL

27. Defendants repeat, reiterate and reallege each and every answer contained in the above paragraphs numbered "62," with the same force and effect as if more fully set forth herein.

28. Defendants admit each and every allegation contained in the paragraphs of the complaint numbered "63."

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

29. This complaint fails in whole or in part to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

30. Plaintiff's claims for damages are barred or reduced by the requirement that he mitigate his alleged damages.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

31. Plaintiff has failed to exhaust his administrative remedies.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

32. Plaintiff's claims are barred by the doctrines of waiver and estoppel.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

33. Plaintiff's claims are barred by the applicable statute of limitations.

### PRAYER FOR RELIEF

**WHEREFORE,** Respondents respectfully request that this Court:

(a) dismiss the Complaint with prejudice and in its entirety;

(b) award to defendants' additional relief as the Court deems just and proper.

Dated: New York, New York
       November 8, 2007

```
                              Yours, etc.

                              GALVANO & XANTHAKIS, P.C.



                        By:   ------------------------
                              Anthony A. Xanthakis(2254)
                              Attorneys for Defendants
                              150 Broadway, Suite 2100
                              New York, New York 10038
                              (212) 349-5150

TO:   FRANK & ASSOCIATES, P.C.
      Neil M. Frank, Esq. (NF0521)
      500 Bi-County Boulevard, Ste. 112N
      Farmingdale, NY 11735
      (631) 756-0400
```