UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RUSSELL D. COPELAND


12/03/07

STIPULATION TO AMEND
SECOND COMPLAINT
07 CIV 8044

Plaintiff,

-against-

THE VERTICAL ATMOSPHERE INC. and
TAYFUN HEKIUM,
               Defendants

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants, that Plaintiffs can Amend the Amended Complaint to add a claim under The New York State Labor Law § 215- Retaliatory Termination.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be signed in counterparts and fax shall be sufficient for all purposes.

FRANK & ASSOCIATES, P.C.
Attorneys for Plaintiff

_____
Neil M. Frank, Esq.
500 Bi-County Boulevard, 112N
Farmingdale, New York 11735
(631) 756-0400
Fax (631) 756-0547

Dated: November 15, 2007

_____
Deborah A. Batts
12/03/07
The Honorable Deborah A. Batts
United States District Judge

Galvano & Xanthakis, P.C.
Attorneys for Defendants

_____
Anthony A. Xanthakis, Esq.
150 Broadway, Suite 2100
New York, New York, 10038
(212) 349-5150
Fax (212) 349-5298

Dated: November 15, 2007