## AFFIRMATION OF SERVICE

STATE OF NEW YORK      )
                                ) ss.:
COUNTY OF SUFFOLK    )

   Dale Sheri Skir Esq., an attorney duly admitted to practice law in the State of New

York, and in the Southern  District of New York, affirms the following under penalties of

perjury: I hereby affirm that On December 10, 2007,  I served a true and correct copy of

the attached Second Amended Complaint and Summons in  a Civil Action bearing Case

Number 07-cv-8044   by First Class Mail, by mailing same in a post paid, properly

addressed envelope in an official depository under the exclusive care and custody of the

United States Post Office in the State of New York, addressed as indicated below:

Anthony Xanthakis, Esq.
150 Broadway, Suite 2100
New York, New York, 10038


upon receiving consent from counsel to serve the  Second Amended Pleading in this
matter.


Dated: Farmingdale, New York
          December 10, 2007

                                               _____
                                      Dale Sheri Skir, Esq. ( DS 3892)