**AFFIRMATION OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF SUFFOLK    )

Dale Sheri Skir Esq., an attorney duly admitted to practice law in the State of New York, and in the Southern District of New York, affirms the following under penalties of perjury: I hereby affirm that On December 10, 2007, I served a true and correct copy of the attached Second Amended Complaint and Summons in a Civil Action bearing Case Number 07-cv-8044 by First Class Mail, by mailing same in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, addressed as indicated below:

Anthony Xanthakis, Esq.
150 Broadway, Suite 2100
New York, New York, 10038

upon receiving consent from counsel to serve the Second Amended Pleading in this matter.

Dated: Farmingdale, New York
       December 10, 2007

_____
Dale Sheri Skir, Esq. ( DS 3892)

1