UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
_Copeland_                          :
                     Plaintiff(s)   :
                                    :
        - against -                 :
                                    :
_The Vertical Atmosphere_           :
                     Defendant(s)   :
- - - - - - - - - - - - - - - - - - :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/2008

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

_07_ civ. _8044_ (DAB) (Gorenstein)

IT IS HEREBY STIPULATED by the undersigned:

   1.  All parties consent, pursuant to 28 U.S.C. § 636(c) and
Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct
all further proceedings in this action, including any trial and
entry of final judgment.

   2.  Any appeal from a judgment entered in this case will lie
to the Court of Appeals for the Second Circuit as from any other
judgment of the district court pursuant to 28 U.S.C. § 636(c)(3)
and Fed. R. Civ. P. 73(c).

_Dale Sheri Skir_                  _Craig Lemster_
Attorney(s) for Plaintiff(s)       Attorney(s) for Defendant(s)
Address _500 B-County Blvd Suite_  Address _150 Broadway, Suite 2100 N.Y, N.Y._
Telephone _Farmingdale, N.Y 11735_  _110N_   _10038_
                                   Telephone_212-319-5180_
_(631) 756-0400_
Attorney(s) for _____            Attorney(s) for _D'_
Address                            Address
Telephone                          Telephone

(Separately executed forms may be submitted.  See Fed. R. Civ. P.
73(b)).

SO ORDERED.

_Deborah A. Batts_
                        U.S.D. _4/25/2008_

Magistrate Judge _GORENSTEIN_ was assigned this case on _____

_Bill Cilly_
For: Clerk U.S.D.C. S.D.N.Y.